**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00029-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JACOB JOHN LAHR,

 Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

 Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 25), a Change of Plea hearing is set for **September 25, 2009 at 3:30 p.m.** in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **September 18, 2009**. <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

 DATED:  August   21  , 2009

               BY THE COURT:

               _____
               CHRISTINE M. ARGUELLO
               United States District Judge